FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2021 FEB -3 PM 4:46

UNITED STATES OF AMERICA

v.  CASE NO. 6:21-cr-14-ORL-78GJK
    18 U.S.C. § 922(g)(1)
LEO JOSHUA NIEVES-RAMIREZ   18 U.S.C. § 922(o)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about January 5, 2021, in the Middle District of Florida, the defendant,

LEO JOSHUA NIEVES-RAMIREZ,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. 1 count of Burglary of Structure, 5 counts of Burglary of a Conveyance, 1 count of Attempted Burglary of Conveyance, and 1 count of Possession of Controlled Substance, on or about January 28, 2019,

2. Possession of Controlled Substance, on or about January 28, 2019

did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, that is, a SCCY, 9mm pistol and Sellier & Bellot ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

### COUNT TWO

From on or about October 30, 2020, and continuing through on or about October 31, 2020, in the Middle District of Florida, the defendant,

LEO JOSHUA NIEVES-RAMIREZ,

did knowingly possess a machinegun, as defined by 18 U.S.C. § 921(a)(23) and 26 U.S.C. § 5845(b), that is, a Glock, .40 caliber pistol with a black in color Glock switch, commonly referred to as a "chip."

In violation of 18 U.S.C. §§ 922(o)(1) and 924(a)(2).

## **FORFEITURE**

1.  The allegations contained in Counts One through Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2.  Upon conviction of a violation of 18 U.S.C. §§ 922(g) or 922(o), the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3.  The property to be forfeited includes, but is not limited to, the following: a SCCY, 9mm pistol, serial no. 286143, and 7 rounds of Sellier & Bellot ammunition.

4.  If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Beatriz Gonzalez
Assistant United States Attorney

By: _____
Sara C. Sweeney
Assistant United States Attorney
Deputy Chief, Orlando Division

4

FORM OBD-34
February 21

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

LEO JOSHUA NIEVES-RAMIREZ

## INDICTMENT

Violations:   18 U.S.C. § 922(g)
              18 U.S.C. § 922(o)(1)

A true bill,

_____
Foreperson

Filed in open court this 3rd day of February, 2021.

_____
Clerk

Bail $_____

GPO 863 525